COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Cause No 01-13-00123-CV; *In re Texas Windstorm Insurance Association*, Relator

*In re: Hurricane Ike Litigation*, No. 09-CV-0147, In the 212th District Court, Galveston County, Texas, Honorable Susan Criss, presiding.

On February 12, 2013, relator Texas Windstorm Insurance Association filed a petition for writ of mandamus, challenging the trial court's order disqualifying its legal counsel, the law firm of Martin, Disiere, Jefferson & Wisdom, L.L.P., from "representing the Texas Windstorm Insurance Association in any of these consolidated cases."

Relator's emergency motion for temporary relief is **GRANTED IN PART**. The trial court's "Order Granting Supplemental Motion to Disqualify" dated February 5, 2013 is stayed pending further order of this court. *See* TEX. R. APP. P. 52.10(b).

The real parties in interest have filed a motion to extend time to file responses to the mandamus petition and the emergency motion to seal. That motion is **GRANTED**. The responses shall be due March 1, 2013.

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
                      Acting individually

Date: February 15, 2013